COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:       In re Terr'l La'Yonne Mark, Relator

Appellate case number:    01-15-00582-CV

Trial court case number:   14-DCV-214998

Trial court:                        505th District Court of Fort Bend County

Relator, Terr'l La'Yonne Mark, filed a petition for a writ of mandamus in this Court seeking to compel the respondent, the Honorable Brenda Mullinix, to enter an order granting his motion to transfer venue without a hearing of the underlying suit affecting the parent-child relationship from Fort Bend to Tarrant County, where he had filed a divorce petition. However, in compliance with this Court's July 22, 2016 Order, the trial clerk filed a clerk's record containing a certified copy of the docket sheet in this Court on July 26, 2016. The certified docket sheet confirms that the underlying trial court cause number 14-DCV-214998 is now assigned to the 505th District Court of Fort Bend County, The Honorable David S. Perwin presiding.

Accordingly, the Court sua sponte **abates** this original proceeding and **remands** to allow Judge Perwin to rule on the relator's motion to transfer venue, filed under Texas Family Code sections 155.201(a) and 155.204(c). *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) (holding that "[m]andamus will not issue against a new trial judge for what a former one did.") (citations omitted). Further, the Clerk of this Court is directed to substitute the Honorable David S. Perwin as the respondent and the 505th District Court as the trial court. *See* TEX. R. APP. P. 7.2(a).

The Court orders the trial court clerk to file, **within 30 days** of the date of this order or, if the trial court schedules a hearing, **within 15 days** of that hearing, a supplemental clerk's record with the successor's order on the relator's motion to transfer venue with the Clerk of this Court. This case is abated, treated as a closed case, and

removed from this Court's active docket.  This original proceeding will be reinstated on this Court's active docket when a compliant supplemental clerk's record, and a supplemental reporter's record, if any, are filed.  The Court will also consider a motion to reinstate by either party.

It is so ORDERED.

Judge's signature:    /s/ Laura Carter Higley
                              ⊠  Acting individually

Date:  July 28, 2016